HOGAN, Respondent, v. O'BRIAN, Appellant. (Supreme Court, Appellate Division,

Fourth Department. May 17, 1911.) Action by Minnie Hogan against Daniel O'Brian, as administrator, etc. No opinion. Judgment and order affirmed, with costs.